UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUNA C. FERNANDO,<br><br>    Plaintiff,<br><br>    v.<br><br>MANU SAREEN, et al.,<br><br>    Defendants. | Case No.  3:15-cv-03039-JD<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. Nos. 12, 14 |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' Motion to Dismiss, which has been noticed for hearing on September 23, 2015, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby vacated. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 8, 2015

                                                    _____<br>
                                                    JAMES DONATO<br>
                                                    United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARJUNA C. FERNANDO,

    Plaintiff,

    v.

MANU SAREEN, et al.,

    Defendants.

Case No. 15-cv-03039-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arjuna C. Fernando
Gyvelvej 15, Apt. 1, Th.
Roskilde, DE 4000

Dated: September 9, 2015

                                         Susan Y. Soong
                                         Clerk, United States District Court

                                         By:
                                         LISA R. CLARK, Deputy Clerk to the
                                         Honorable JAMES DONATO